UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2023

| | |
|---|---|
| DOVID TYRNAUER, AMANDA BERGER, DAVID CALLAWAY, CHRIS HALVERSON, TIFFANY TAYLOR, and SARAH TICKLE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEN & JERRY'S HOMEMADE, INC.,<br><br>Defendant. | Case No. 7:23-cv-1877-NSR<br><br>**ORDER TO TRANSFER VENUE** |

Having reviewed the parties' Stipulation to Transfer Venue and Vacate pending deadlines, dated August 9, 2023 (the "Stipulation") and for good cause shown that: (i) this action may have been brought in the United States District Court for the District of Vermont; and (ii) transfer of this action to the United States District Court for the District of Vermont promotes convenience, justice, and judicial efficiency,

IT IS HEREBY ORDERED that the transfer of venue pursuant to 28 U.S.C. § 1404(a) and vacatur of pending deadlines, as agreed by the parties subject to the Court's approval pursuant to the Stipulation, is approved; and

IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 1404(a), this action is hereby transferred to the United States District Court for the District of Vermont; and

1

IT IS FURTHER ORDERED that all deadlines and scheduled appearances set by the Court in this action, including the deadlines set by the Court's Order dated May 12, 2023 (Dkt. No. 15), are VACATED. The Clerk of the Court need not adhere to Local Rule 83.1 and may transfer the case immediately.

Dated: August 11, 2023
       White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE