# UNITED STATES DISTRICT COURT
for the
District of Vermont

DOVID TYRNAUER, AMANDA BERGER, DAVID CALLAWAY, CHRIS HALVERSON, TIFFANY TAYLOR, and SARAH TICKLE, individually and on behalf of all others similarly situated

*Plaintiff(s)*

v.

BEN & JERRY'S HOMEMADE, INC.

*Defendant(s)*

Civil Action No.  2:23-cv-299

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order Dismissing Case (Document No. 46) filed August 27, 2024, plaintiffs having failed to file a Second Amended Complaint in the time allowed, this case is DISMISSED.

Previously, pursuant to the court's Opinion and Order (Document No. 45) filed July 8, 2024, defendant's Motion to Dismiss the First Amended Complaint (Document No. 40) was GRANTED and plaintiff was provided leave to amend.

Date:  August 27, 2024

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:  8/27/2024

*/s/ Lisa Wright*

*Signature of Clerk or Deputy Clerk*